In re HOURT. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) In the matter of judicial settlement of the accounts of Franciska Hourt, as administratrix,

etc., of George Heldman, deceased. No opinion. Motion to dismiss appeal denied, with $10 costs.